ing apparel and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

**No. 66518.**—Wedemann & Godknecht, Inc., a/c Masurel Mills, Inc. *v.* United States, protest 60/6079 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of filaments similar in all material respects to those the subject of *United States* v. *Steinberg Bros.*   (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 7, 1962

**No. 66519.**—Engis Equipment Co. *v.* United States, protests 59/21305–10994, etc. (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.

**No. 66520.**—Engis Equipment Co. *v.* United States, protest 60/4091–11182 (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.